**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THE GOVERNMENT OF THE VIRGIN ISLANDS, BUREAU OF INTERNAL REVENUE, | ) Civil No. 2001-157 M/B<br>) (Formerly 1998-243 M/B)<br>) |
| Plaintiff, | ) ACTION TO REDUCE INCOME<br>) TAX ASSESSMENTS TO |
| v. | ) JUDGMENTS AND TO<br>) FORECLOSE TAX LIENS<br>) |
| WILLIAM M. LANSDALE, et al., | ) TRANSFERRED FROM<br>) ST. CROIX |
| Defendants. | ) |
| _____ | )<br>) |
| EDWARD E. THOMAS, DIRECTOR, VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE | )<br>)<br>) Civil No. 1992-0079 |
| Petitioner, | )<br>) |
| v. | ) PETITION FOR EQUITABLE<br>) RELIEF AND APPOINTMENT<br>) OF RECEIVER UNDER |
| LONESOME DOVE PETROLEUM CO., a Texas Corporation, MARINA PACIFICA OIL COMPANY, a California Corporation, | ) INTERNAL REVENUE CODE<br>) Secs. 7401 et. seq.<br>)<br>)<br>) |
| Respondents. | ) |
| _____ | ) |

**ORDER**

Before the Court is the Third Successor Receiver of Lonesome Dove Petroleum Company, Joanne E. Buzzuto's, motion to authorize the Clerk of Court to invest all certificates of deposit (CD) held by the Court for terms not to exceed 30 days and to redeem CD # 231109 and to reinvest the proceeds in a 30-day CD with automatic 30-day renewal periods.  The Court being fully advised in the premises, it is hereby

ORDERED that the motion is GRANTED; and it is further

Civil No. 2001-157M/B; Civil No. 1992-0079
Page 2 of 2

ORDERED that the Clerk of Court shall continue to reinvest the following CDs: 233288, 235707, 237336, 247520, 235710 and 547517 in CDs with 30-day renewal periods; it is further

ORDERED that the Clerk of Court shall redeem CD # 231109 in the amount of $1,393,612.37; it is further

ORDERED that the proceeds from CD # 231109 shall be reinvested in a 30-day CD with automatic 30-day renewal periods; and it is further

ORDERED that the Receiver shall account for any loss occasioned by the early redemption of any of the CDs held by the Court.

S\ _____
**RUTH MILLER**
United States Magistrate Judge